```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

HECTOR H. MURILLO,                  *

      Petitioner,            *

vs.                                 *
                                   CASE NO. 4:08-CV-85 (CDL)
ATTORNEY GENERAL OF THE             *
UNITED STATES DEPARTMENT OF
JUSTICE and CCA STEWART              *
DETENTION CENTER

      Respondents.             *

                               *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 12, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 20th day of October, 2008.

                                                 S/Clay D. Land
                                                     CLAY D. LAND
                                       UNITED STATES DISTRICT JUDGE